Court of Appeal Number: **04-15-00219-CV**, Trial Court No. **2014-CV-0393**
companion case
Court of Appeal Number: **04-15-00218-CV**, Trial Court No: **2014-CV-0392**

| | | |
|---|---|---|
| **DAVID GOAD** | § | **IN THE FOURTH COURT** |
| **Appellant,** | § | |
| v. | § | |
| | § | **OF APPEALS** |
| **JAMIE OSBORNE** | § | |
| & | § | |
| **ERIC STREY** | § | |
| **Appellee's.** | § | **SAN ANTONIO, TEXAS** |

MOTION TO RECONSIDER
ORDER FROM JULY 23, 2015

1. Appellant, David Goad request the Honorable Fourth Court of Appeals withdraw its ORDER from July 23, 2015, ordering Appellant to provide his brief and a written response explaining why he has not yet filed his brief(s) on August 3, 2015, for the following reasons:

2. David Goad (Goad) is several months behind in all his work, mainly because he is handicapped and the more work tends to reverse his momentum. Goad was awaiting a copy of both the recorders record and the clerk's record as a signal so to speak. Goad has received neither and was unaware the brief was past due.

3. Goad found that the trial court removed certain motions/pleadings (documents) he had presented to the court from the file. These documents show a constitutional issue presented by Goad to the Texas Attorney General. When these were submitted the trial court refused to issue a case number and they were filed blank (without numbers) as all others documents until after the paupers hearing. After the paupers hearing a case number was issued, but certain documents were not numbered and cannot be found by Goad within the trial courts record.

4. Certain documents Goad filed were altered after they were provided to the clerk and Goad believes some documents were filed in one case and not in the second. Therefore, Goad will need an itemized list of the documents forwarded to this appeals court. The list should provide the numbering sequence used to reference each document in both cases.

5. In two prior appeals (4th & 14th) Goad has learned that the trial court left out certain documents when the file was forwarded to the appeals court. Without the list Goad cannot verify the full record has been forwarded.

6. The hearing in which a recorders record was forwarded to the appellate court was lengthy. It is impossible for Goad to remember a majority of the facts without a copy of the transcript. Said hearing was not just a hearing, but a trial, to say the least. These are very important issues to address in the appeal. Goad will need a copy (CD) of the recorders record (transcript).

## CONCLUSION

7. In the interest of Justice, Appellant, David Goad, will need a copy of everything sent to this Honorable Fourth Court of Appeals.

## REQUESTS

8. Please ORDER the clerk of the trial court to forward to David Goad, the identity of each document forwarded to the Appeals Court and the number or letter identifying each.
&

9. Please ORDER the court reporter to provide David Goad with a copy of the transcript that was provided the Appeals Court. David Goad can and will provide the cost for a CD and the mailing of that CD for the reporters record. It is assumed this cost will run under $10.00. Provide an invoice with the transcript for payment.

10. Allow David Goad a deadline of 30 days after the record is sent to file his brief.

## DECLARATION IN SUPPORT OF MOTION

I, David Goad, if requested to do so, could and would competently testify under oath, based upon my personal knowledge, to the matters stated herein:

I freely swear under the penalty of perjury under the laws of the United States of America that my above statements are true and made to the best of my knowledge.

August 3, 2015

Respectfully submitted and attested to,

_DAVID GOAD, Plaintiff *pro se*_
1154 Rivertree Drive
New Braunfels, Texas 78130

Please notice new phone number

512-730-0762

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2015, this MOTION TO RECONSIDER ORDER FROM JULY 23, 2015 was served on all parties in accordance with Texas Rules of Civil Procedure as set out herein below:

Jeremy R. Sloan, Esq.
16500 San Pedro., Suite 410
San Antonio, Texas 78232
U.S. Mail

_David Goad_

Court of Appeal Number: 04-15-00219-CV, Trial Court No. 2014-CV-0393
companion case
Court of Appeal Number: 04-15-00218-CV, Trial Court No: 2014-CV-0392

| DAVID GOAD | § | IN THE FOURTH COURT |
|---|---|---|
| Appellant, | § | |
| v. | § | |
| | § | OF APPEALS |
| JAMIE OSBORNE | § | |
| & | § | |
| ERIC STREY | § | |
| Appellee's. | § | SAN ANTONIO, TEXAS |

## ORDER

It is therefore ORDERED that the Trial Court Clerk shall provide David Goad by mail, a record of each document (motion, pleading or other) forwarded to the Fourth Court of Appeals along with its identifying number or letter. A certificate of mailing shall be attached to all parties.

The Court Reporter shall provide a copy of the Court Transcript to David Goad on a CD, or in the alternative if this is not possible a paper copy. This shall be mailed to David Goad with a certificate of mailing to all parties. A statement noticing a fee not to exceed $10.00 can accompany the transcript.

David Goad shall have 30days from the last certificate of mailing to file with this court his brief.

_____          _____
Date                                              Honorable

FROM ME to YOU
FOREVER USA

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
04 AUG 2015 PM 2 L

4th Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Tx 78 205-3037

782050303799

1154 Riverstone Dr
N.B. Tx 78133

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG -6 AM 11:56
Keith E. Hottle
KEITH E. HOTTLE, CLERK